UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW DON VALLES,

                Plaintiff,

-against-

UNITED STATES OF AMERICA; STATE OF CALIFORNIA; STATE OF UTAH,

                Defendants.

20-CV-9242 (LLS)

CIVIL JUDGMENT

---

Pursuant to the order issued January 6, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 6, 2021
           New York, New York

                                                                          _Louis L. Stanton_
                                                                                   Louis L. Stanton
                                                                                       U.S.D.J.